UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Raygoza v. Davol, Inc., et al.*
Case No. 2:23-cv-2771

## ORDER

Plaintiff Kristian Raygoza has filed three complaints, via two different attorneys, in this multidistrict litigation ("MDL") alleging injuries caused by a PerFix Plug hernia mesh device. The first case, filed on December 11, 2020, remains pending (Case No. 20-cv-6333). The second case, filed on February 18, 2022, was dismissed without prejudice for Plaintiff's failure to serve complaint (Case No. 22-cv-775, ECF No. 6). On August 25, 2023, Plaintiff filed this case (ECF No. 1). On November 28, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 20-cv-6333. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

    IT IS SO ORDERED.


**1/10/2024**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**